United States District Court
Southern District of Texas
**ENTERED**
November 15, 2024
Nathan Ochsner, Clerk

# United States District Court
## Southern District of Texas
### Houston Division

| | | |
|---|---|---|
| CLINTON EPPS, | § | Civil Action No. |
| Plaintiff, | § | 4:24-cv-00010 |
| | § | |
| vs. | § | Judge Charles Eskridge |
| | § | |
| DAWG BONE TRUCKING LLC and RAEMON RICHARDS, | § | |
| Defendants. | § | |

## Order

Docket call is presently set for November 19, 2024. Dkt 13. No joint pretrial order, exhibit lists, or witness lists have been filed.

Docket call is CANCELLED.

The parties are ORDERED to file a joint status report by November 22, 2024 regarding whether settlement discussions have occurred and the current status of the case.

So ordered.

Signed on  November 15, 2024 , at Houston, Texas.

Hon. Charles Eskridge
United States District Judge