IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CLINTON EPPS | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:24-cv-0010 |
| | § |
| DAWG BONE TRUCKING, LLC AND | § |
| RAEMON RICHARDS | § |

## FINAL JUDGMENT

On this day came to be considered the above-entitled and numbered cause, and before this Court appeared Plaintiff, Clinton Epps, and Defendants, Dawg Bone Trucking LLC and Raemon Richards (*Plaintiff and Defendants Collectively referred to herein as the "Parties"*), in person and by and through their respective representatives and attorneys of record; and having announced to the Court that any and all matters, claims, causes of action and economic, non-economic, exemplary and property damages, loss of use and diminished value in dispute between the aforementioned Parties is compromised and settled. The Parties request the Court to enter this Final Judgment, dismissing all matters, claims, causes of action and economic, non-economic, exemplary and property damages, loss of use, and diminished value in dispute between the aforementioned Parties, in favor of Defendants, Dawg Bone Trucking LLC and Raemon Richards. Each Party shall bear its own costs of Court and no part thereof is assessed or assigned against the opposing party; and it appearing to the Court that a take nothing Final Judgment should be entered; it is, therefore,

ORDERED, ADJUDGED and DECREED by the Court all claims, allegations, and causes of action against Defendants, Dawg Bone Trucking LLC and Raemon Richards, any Omnibus insured, or their insurers, all matters, claims, causes of action and economic, non-economic, exemplary and property damages, loss of use, and diminished value asserted against said Defendants is dismissed with prejudice of refiling the same; it is further:

ORDERED that all costs of Court are adjudged against the party incurring same; and ORDERED, ADJUDGED and DECREED that any relief not expressly herein granted is DENIED.

SIGNED on this the _____ day of _____, 2024.

_____
HONORABLE JUDGE PRESIDING

Reviewed and approved by the attorneys of record as to form and content subject to approval and signature by the Presiding Judge:

*Andrew Bowman w/permission MLK*
_____
MR. ADAM LEWIS
MR. ANDREW BOWMAN
ATTORNEY FOR PLAINTIFF
CLINTON EPPS

_____
MR. MARK D. LAMBERT
ATTORNEY FOR DEFENDANTS
DAWG BONE TRUCKING LLC AND RAEMON RICHARDS